UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

IN RE: Martin Gabriel Sendejas         CASE NO.: 18-21134
Brenda Veronyka Sendejas               CHAPTER 7
fka Brenda Origel
fka Brenda Martinez

    Debtor

## ORDER

This matter comes before the Court upon the Application for Abandonment and Motion for Relief from Stay filed herein by Creditor, PennyMac Loan Services, LLC, by counsel, David M. Bengs, in the above-captioned estate, to abandon certain property of the estate and it appear that such property has no value to the estate whatsoever, it is:

ORDERED that Creditor, PennyMac Loan Services, LLC, be granted relief from the stay and the real estate commonly known as: 4326 Baltimore Ave, Hammond, IN 46327 and more particularly described:

> Lots 38 and 39 and the North Half of Lot 37 in Block 6 in Rolling Mill Addition, to the City of Hammond, a per plat thereof, Recorded in Plat Book 1 Page 105, in the Office of the Recorder of Lake County, Indiana.

Is hereby abandoned as property of the estate.

IT IS FURTHER ORDERED that Creditor, PennyMac Loan Services, LLC, be granted relief from the stay.

IT IS FURTHER ORDERED that Creditor is exempt from further compliance with Fed. Bankr. Rule P. 3002.1.

18-06544-2

IT IS FURTHER ORDERED that the entry of this Order shall be deemed to constitute the abandonment of said property by the trustee and the bankruptcy estate. The Rule 4001(a)(3) 14 day stay is waived.

_____
Judge, United States Bankruptcy Court

MARINOSCI LAW GROUP, P.C.
David M. Bengs
455 West Lincolnway, Suite B
Valparaiso, IN  46385
Telephone:  (219) 386-4700
Fax:  (219) 386-4701
E-mail:  dbengs@mlg-defaultlaw.com

U.S. Trustee
100 East Wayne Street
5th Floor
South Bend, IN 46601-2349

Kenneth A. Manning, Trustee
200 Monticello Drive
Dyer, IN 46311

Jonathan Kurt Clasing, Esq.
55 E. Monroe St., Suite 3400
Chicago, IL 60603

Brenda Veronyka Sendejas fka Brenda Origel fka Brenda Martinez, Debtor
4326 Baltimore Ave
Hammond, IN 46327

Martin Gabriel Sendejas, Debtor
4326 Baltimore Ave
Hammond, IN 46327
Chicago, IL 60603

18-06544-2