UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA

IN RE:                                          )
                                                )
MARTIN GABRIEL SENDEJAS AND                     )    CASE NO.: 18-21134
BRENDA VERONYKA SENDEJAS,                       )    Chapter 7
                                                )
        Debtors                                 )

## AGREED ORDER ON CREDITOR'S MOTION FOR RELIEF FROM STAY AND TRUSTEE'S OBJECTION THERETO

Kenneth A. Manning, Chapter 7 Trustee, by counsel, and PennyMac Loan Services LLC, by counsel, stipulate and agree as follows:

### RECITALS

1) This case commenced as a Chapter 7 bankruptcy on April 30, 2018.

2) The Debtors have listed the real estate located at 4326 Baltimore Ave Hammond IN 46327 as surrendered to the creditor. The real estate located at 4322 Baltimore Ave Hammond IN 46327 was not listed on the Debtor's schedules as an asset but is an adjacent vacant lot titled in the name of Martin G. Sendejas, the Debtor.

3) Trustee believes this property has equity which may be liquidated for the benefit of creditors.

4) Creditor PennyMac Loan Services LLC filed a Motion for Relief from Stay and Abandonment on August 20, 2018. (Docket Entry #24). Trustee objection to the motion on August 24, 2018 (Docket Entry #27).

5) Hearing was held on this matter September 14, 2018 at which the court ordered the parties file an agreed order filed by October 15, 2018.

**THE PARTIES DO NOW STIPULATE AND AGREE AS FOLLOWS:**

A) Trustee will have 120 days from the entry of this order to market the property for sale.

B) If an offer from a potential buyer is less than a full payoff of the creditor's secured mortgage lien, Creditor must approve the offer prior to closing.

C) If the real estate fails to sell for an agreeable price within 120 days of the entry of this order, Trustee will withdraw his objection to the Creditor's Motion for Relief from Stay and Abandonment.

---

Kimberly A. Mouratides (30778-45)
Manning & Mouratides, P.C.
Attorney for Trustee
200 Monticello Drive
Dyer, Indiana 46311
Phone: (219) 865-8376
E-mail: kim2@kmmglawfirm.com

David M. Bengs (16646-20)
Marinosci Law Group P.C.
Attorney for Creditor
455 W. Lincolnway, Suite B
Valparaiso, IN 46385
Phone: (219) 386-4700
E-mail: dbengs@mlg-defaultlaw.com

## **ORDER**

Examined, approved and so ordered.

Date: _____

_____
**JUDGE, U.S. Bankruptcy Court**