IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

IN RE: )
)
MARTIN GABRIEL SENDEJAS AND ) CASE NO.: 18-21134
BRENDA VERONYKA SENDEJAS, )
) Chapter 7
Debtors. )

## ORDER AUTHORIZING TRUSTEE TO ACT AS HIS OWN ATTORNEY

This cause came to be heard on the Application of the Trustee, pursuant to Bankruptcy Rule 2014 and 11 U.S.C. Section 327(d), for authority to appoint Kimberly A. Mouratides and Kenneth A. Manning of the law firm and members of Manning & Mouratides, P.C. to act as his attorney.

The Court having reviewed said Application, being fully advised in the premises and finding no notice whereof to creditors is required, and it being in the best interests of the estate that said Application be granted;

**IT IS THEREFORE ORDERED** that Kenneth A. Manning and Kimberly A. Mouratides of Manning & Mouratides, P.C. are authorized to act as attorney for the Trustee, and to carry out all duties as necessary and required to represent and assist the Trustee in carrying out the duties of the Trustee in administration of this estate and case.

Dated: November 7, 2018          /s/ James R. Ahler C0106
                                 _____
                                 JAMES R. AHLER, JUDGE, U.S.
                                 BANKRUPTCY COURT

**DISTRIBUTION:**
US. Trustee - ustregion10.soecf@usdoj.gov
Kenneth A. Manning, Chapter 7 Trustee – ken@kmmglawfirm.com
Jonathan Kurt Clasing – mer@geracilaw.com
Brenda Sendejas and Martin Sendejas, 4326 Baltimore Ave., Hammond, IN 46327