# UNITED STATES BANKRUPTCY COURT
## Northern District of Indiana
## Hammond Division

| | |
|---|---|
| In Re: Debtor(s) (name(s) and address)<br>Martin Gabriel Sendejas<br>xxx–xx–7719<br>4326 Baltimore Ave<br>Hammond, IN 46327<br><br>Brenda Veronyka Sendejas<br>fka Brenda Origel, fka Brenda Martinez<br>xxx–xx–3113<br>4326 Baltimore Ave<br>Hammond, IN 46327 | ) <br>) <br>) <br>) Case Number: 18–21134–jra<br>) <br>) <br>) <br>) <br>) <br>) <br>) Chapter: 7<br>) <br>) <br>) <br>) <br>) |

## ORDER AND NOTICE

NOTICE IS HEREBY GIVEN that on November 6, 2018 , Trustee, Kenneth Manning filed Application to Employ BK Global Real Estate Services . It is therefore,

ORDERED, and Notice is hereby given, that objections to the above matter, or any requests for a hearing thereon, if any, must be filed in writing with the Clerk of this Court, and by producing a copy thereof to the Movant or Objectant on or before December 18, 2018 . In the event any such objection or request for hearing is filed, the Court will set the same down for hearing at a later date upon further notice. And it is further

ORDERED, and Notice is hereby given, that absent any objections or requests for hearing, the Court may enter an order relating to the above matter, without further notice and hearing.

A copy of the above is available in the Office of the Bankruptcy Clerk, 5400 Federal Plaza, Hammond, Indiana, 46320.

Dated: December 4, 2018 .

James R. Ahler
_____
Judge, United States Bankruptcy Court

Document No. 44 – 38

M–8
Rev. 10/02/98